SEAN P. NALTY (SBN 121253)
Email: Sean.Nalty@wilsonelser.com
SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
**LIFE INSURANCE COMPANY OF NORTH AMERICA
and AVIS BUDGET GROUP LONG TERM DISABILITY PLAN**

JAMES P. KEENLEY (SBN 253106)
Email:  jim@boltkeenley.com
EMILY A. BOLT (SBN 253109)
Email:  emily@boltkeenley.com
**BOLT·KEENLEY, ATTORNEYS AT LAW**
1010 Grayson Street, Suite Two
Oakland, California 94710
Telephone:    (510) 225-0696
Facsimile:    (510) 225-1095

Attorneys for Plaintiff
**ROGER KERNS**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER KERNS | Case No.: CV11-03477-SBA |
| Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| AVIS BUDGET GROUP LONG TERM DISABILITY PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA | Action Filed: July 15, 2011<br>Trial Date:    None |
| Defendant. | |

**IT IS HEREBY STIPULATED,** pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between plaintiff Roger Kerns and defendants Life Insurance Company of North America ("LINA") and Avis Budget Group Long Term Disability Plan (jointly referred to as "defendants"), through their attorneys of record, as follows:

1

1. The parties have reached a confidential settlement of all claims asserted or that could have been asserted in this action.

2. The parties, through their counsel, stipulate to dismiss this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 20, 2012      WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP


                                          By:    /s/   *Sheena V. Jain*
                                                 SEAN P. NALTY
                                                 SHEENA V. JAIN
                                                 Attorneys for Defendants
                                                 AVIS BUDGET GROUP LONG
                                                 TERM DISABILITY PLAN and LIFE
                                                 INSURANCE COMPANY OF
                                                 NORTH AMERICA


Dated:  March 20, 2012      BOLT KEENLEY-ATTORNEYS AT LAW

                                          By:    /s/ *James P. Keenley*
                                                 JAMES P. KEENLEY
                                                 EMILY A. BOLT
                                                 Attorneys for Plaintiff
                                                 ROGER KERNS

**ORDER**

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Dated: 3/19/12       By: *Saundra B Armstrong*
                         Saundra Brown Armstrong
                         UNITED STATES DISTRICT COURT JUDGE