1 | SEAN P. NALTY (SBN 121253)
Email: Sean.Nalty@wilsonelser.com
2 | SHEENA V. JAIN (SBN 251912)
Email: Sheena.Jain@wilsonelser.com
3 | **WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
4 | 525 Market Street – 17th Floor
San Francisco, California 94105-2725
5 | Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370
6 |
Attorneys for Defendants
7 | **LIFE INSURANCE COMPANY OF NORTH AMERICA**
**and AVIS BUDGET GROUP LONG TERM DISABILITY PLAN**
8 |
JAMES P. KEENLEY (SBN 253106)
9 | Email:  jim@boltkeenley.com
EMILY A. BOLT (SBN 253109)
10 | Email:  emily@boltkeenley.com
**BOLT·KEENLEY, ATTORNEYS AT LAW**
11 | 1010 Grayson Street, Suite Two
Oakland, California 94710
12 | Telephone:    (510) 225-0696
Facsimile:     (510) 225-1095
13 |
Attorneys for Plaintiff
14 | **ROGER KERNS**

15

**UNITED STATES DISTRICT COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA**

17

18 | ROGER KERNS | Case No.: CV11-03477-SBA

19 | Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER**

20 | vs.

21 | AVIS BUDGET GROUP LONG TERM | Action Filed: July 15, 2011
DISABILITY PLAN, and LIFE INSURANCE | Trial Date:    None
22 | COMPANY OF NORTH AMERICA

23 | Defendant.

24

25 | **IT IS HEREBY STIPULATED,** pursuant to Federal Rule of Civil Procedure 41(a)(1), by

26 | and between plaintiff Roger Kerns and defendants Life Insurance Company of North America

27 | ("LINA") and Avis Budget Group Long Term Disability Plan (jointly referred to as "defendants"),

28 | through their attorneys of record, as follows:

1

1        1.     The parties have reached a confidential settlement of all claims asserted or that could

2  have been asserted in this action.

3        2.     The parties, through their counsel, stipulate to dismiss this action with prejudice,

4  with each party to bear its own costs and attorneys' fees.

5

6  Dated:  March 20, 2012              WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP

7

8                                          By:    */s/   Sheena V. Jain*
                                             SEAN P. NALTY

9                                               SHEENA V. JAIN
                                           Attorneys for Defendants

10                                              AVIS BUDGET GROUP LONG
                                           TERM DISABILITY PLAN and LIFE

11                                              INSURANCE COMPANY OF
                                           NORTH AMERICA

12

13

14 Dated:   March 20, 2012             BOLT KEENLEY-ATTORNEYS AT LAW

15                                         By:    */s/ James P. Keenley*
                                             JAMES P. KEENLEY

16                                              EMILY A. BOLT
                                           Attorneys for Plaintiff

17                                              ROGER KERNS

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER

Case No.: C11-03477-SBA

1                                            **ORDER**

2          The parties having stipulated that the above-entitled action, and all claims for relief therein,

3   shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party

4   to bear its own costs and attorneys' fees,

5          **IT IS SO ORDERED.**

6

7   Dated:  3/19/12                    By:_____
                                           Saundra Brown Armstrong
8                                          UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No.: C11-03477-SBA